The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHRISTOPHER MICHAEL HAGEN, <br> Defendant. | CASE NO. CR10-5683RJB <br><br> ORDER GRANTING THE GOVERNMENT'S MOTION TO USE REGISTRY OF THE COURT |

Having reviewed the United States' unopposed Motion to Use Registry of the Court, and having reviewed the facts that would necessitate the use of the Court's Registry,

IT IS HEREBY ORDERED that the United States is permitted to use the bank account for the Registry of the Court for restitution in the above-captioned case.

SO ORDERED this 2nd day of June, 2011.

*[signature]*
Robert J Bryan
United States District Judge

*Presented By:*

s/Jerrod C. Patterson
Assistant United States Attorney

[PROPOSED] ORDER GRANTING GOVERNMENT'S
MOTION TO USE REGISTRY OF THE COURT/HAGEN - 1
Case No. CR10-5683 RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970